IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK LAWRENCE,

           Plaintiff,                         ORDER

    v.                                           07-C-515-C

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

---

In response to this court's order of September 18, 2007, plaintiff Mark Lawrence has completed a new affidavit in support of his petition for leave to proceed *in forma pauperis* in his action for judicial review of an adverse decision of the Commissioner of Social Security. Plaintiff's affidavit shows that he is unemployed and his wife earns $12,000 a year. They have two young children and no significant assets. These circumstances support a finding that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor. Accordingly, plaintiff Mark Lawrence's petition for leave to proceed *in forma pauperis* is GRANTED.

Entered this 10th day of October, 2007.

                                    BY THE COURT:

                                    /s/

                                    STEPHEN L. CROCKER
                                    Magistrate Judge