# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MARK LAWRENCE,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-515-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

     The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Mark Lawrence's appeal is dismissed.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____8/6/08_____
Date