IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK LAWRENCE,

            Plaintiff,            ORDER

     v.            07-C-515-C

MICHAEL J. ASTRUE, Commissioner of Social Security,

            Defendant.

---

Plaintiff has filed a notice of appeal from this court's judgment in favor of defendant Commissioner Michael J. Astrue. Plaintiff seeks leave to appeal *in forma pauperis*. His request will be granted. Plaintiff was allowed to proceed in *in forma pauperis* in the district court action and I do not intend to certify that his appeal is not taken in good faith. Accordingly,

ORDER

IT IS ORDERED that, pursuant to Rule 24(a)(3) of the Rules of Appellate Procedure, petitioner Mark Lawrence may proceed *in forma pauperis* on appeal.

Entered this 21st day of October, 2008.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge